# COURT MINUTES/ORDER

## United States Magistrate Judge Alicia O. Valle

**Fort Lauderdale Courtroom 310**  **Date:** 12/23/2025  **Time:** 11:00AM

**Defendant:** Stevenson Charles (J)  **J#:** 32760-510  **Case #:** 25-mj-6756-AOV

**AUSA:** Vanessa Bonhomme for Lindsey Maultasch  **Attorney:** Jan Smith, AFPD

**Violation:** 18 U.S.C. § 1201 - Kidnapping; 18 U.S.C. § 2119 - Carjacking; 18 U.S.C. § 924(c) – Possession of a firearm by a convicted felon

**Proceeding:** Initial Appearance  **CJA Appt:**

**Bond/PTD Held:** ☐ Yes  ☒ No  **Recommended Bond:** Pretrial Detention

**Bond Set at:**  **Co-signed by:**

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS **as directed**/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other:

**Language:** English

**Disposition:**
Def. present in court. Def. advised of his rights and charges. Def. sworn/test. as to appointment of counsel. Def. oral motion for appointment of counsel – granted. Def. found indigent. Court appoints AFPD. Gov't oral motion for PTD hearing – granted. Def. oral motion to continue PTD hearing – granted.

**\*\*Brady order entered.**

**NEXT COURT APPEARANCE**  **Date:**  **Time:**  **Judge:**  **Place:**

**Report Re Counsel:**
**PTD/Bond Hearing:** 1/5/2026 @ 9:00AM FTL DUTY MAG.
**Prelim/Arraign or Removal:** 1/5/2026 @ 9:00AM FTL DUTY MAG.
**Status Conference RE:**

**D.A.R.** 11:45:01/12:31:48  **Time in Court:** 15 minutes

**CHECK IF APPLICABLE:** ___For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq…