# COURT MINUTES/ORDER

## United States Magistrate Judge Alicia O. Valle

**Fort Lauderdale Courtroom 310**     Date: 12/23/2025   Time: 11:00AM

**Defendant:** Yusuf Minor (J)    **J#:**    **Case #:** 25-mj-6756-AOV

**AUSA:** Vanessa Bonhomme for Lindsey Maultasch    **Attorney:**

**Violation:** 18 U.S.C. § 1201 - Kidnapping; 18 U.S.C. § 2119 - Carjacking; 18 U.S.C. § 924(c) – Possession of a firearm by a convicted felon

**Proceeding:** Initial Appearance    **CJA Appt:**

**Bond/PTD Held:** ☐ Yes ☒ No    **Recommended Bond:** Pretrial Detention

**Bond Set at:**    **Co-signed by:**

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS **as directed**/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

**Language:** English

**Disposition:** Def. not present in court. Marshals informed the Court that Def. is in the hospital. Gov't oral motion to continue Initial Appearance – granted.

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

**Initial App:** 12/29/2025 @ 11:00AM FTL DUTY MAG.
**PTD**/Bond Hearing:
**Prelim/Arraign** or Removal:
Status Conference RE:

**D.A.R.** 11:45:01/12:38:00    **Time in Court:** 10 minutes

**CHECK IF APPLICABLE:** __For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..